1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHANNON MENDOZA,                          No.  2:21-cv-1766 KJM AC P

12                    Petitioner,

13          v.                                   ORDER

14    PAUL THOMPSON,

15                    Respondent.

16

17          Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas

18    corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge as

19    provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 31, 2023, the magistrate judge filed findings and recommendations, which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  ECF No. 16.  Neither party

23    filed objections to the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

                                                  1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.  The findings and recommendations filed October 31, 2023 (ECF No. 16), are adopted

5    in full;

6            2.  Respondent's motion to dismiss the petition for writ of habeas corpus (ECF No. 13) is

7    GRANTED;

8            3.  This petition is DISMISSED without prejudice, and

9            4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

10   § 2253.

11   DATED:  February 28, 2024.

12

13   _____

14                          CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2